**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   15-cv-01548-LTB-CBS

MICHELLE SCHIAU,

      Plaintiff,

v.

RALPH HAGUE,

      Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 21 - filed December 30, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:   January 4, 2016